UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aryana Eskandani, | : |
| Plaintiff, | : Civil Action No.: |
| v. | : 3:13-cv-01196-SRU |
| Sun Capital Partners d/b/a Boston Market Corporation, | : |
| Defendant. | : September 30, 2014 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and Local Rule 41(b) for the District of Connecticut, Plaintiff Aryana Eskandani and Defendant Boston Market Corporation, incorrectly identified as Sun Capital Partners d/b/a Boston Market Corporation, by agreement, hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims and without an award of attorney's fee and costs to either party.

**PLAINTIFF,**
**ARYANA ESKANDANI**

**DEFENDANT,**
**BOSTON MARKET CORPORATION**

/s/ Richard Cramer
Richard Cramer
21 Oak St. Suite 301
Hartford, CT 06106
cramer@snet.net
Telephone: 860.560.7704
Facsimile: 860.5607706

/s/ Deborah DeHart Cannavino
Deborah DeHart Cannavino (CT08144)
dcannavino@littler.com
Matthew K. Curtin (CT27765)
mcurtin@littler.com
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799